ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Sauer Incorporated | ) ASBCA No. 62709-ADR |
| | ) |
| Under Contract No. N40085-11-C-4010 | ) |

APPEARANCES FOR THE APPELLANT:    David L. Hayden, Esq.
Jackson W. Moore, Jr., Esq.
  Smith, Anderson, Blount, Dorsett, Mitchell &
  Jernigan, L.L.P.
  Raleigh, NC

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
Sharon G. Hutchins, Esq.
David M. Marquez, Esq.
  Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  January 4, 2023

_____
CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62709-ADR, Appeal of Sauer Incorporated, rendered in conformance with the Board's Charter.

Dated:  January 4, 2023

_for Tammye D. Albert_

---

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals